IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD L. SHIELDS, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 13-CV-17-GKF-TLW<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign Insurance Company Doing Business in Oklahoma | )<br>) Judge Gregory K. Frizzell<br>)<br>)<br>) |
| Defendant. | ) |

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(ii)

ON THIS 10th Day of June 2013, come jointly the Plaintiff, RICHARD L. SHIELDS, by and through his undersigned counsel of JOHNSON & JONES, P.C., and the Defendant SAFECO INSURANCE COMPANY OF AMERICA, by and through its undersigned counsel of NEWTON O'CONNOR TURNER & KETCHUM, PC, and pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), hereby jointly stipulate that this action and all claims or counterclaims stated therein are dismissed with prejudice.  Counsel for the Defendant has consented to counsel for Plaintiff filing this Joint Stipulation of Dismissal, representing that it is being field as a joint stipulation signed by Defendant's counsel.

| | |
|---|---|
| /s/ Jacob W. Biby | /s/ William W. O'Connor |
| Jacob W. Biby, OBA No. 22063 | *(signed with permission of filing attorney)* |
| MARTIN JEAN & JACKSON | William W. O'Connor, OBA No. 13200 |
| 2100 South Utica, Suite 215 | Lindy H. Collins, OBA No. 30579 |
| Tulsa, Oklahoma 74011 | Jerrick L. Irby, OBA No. 30876 |
| 918-743-4000 Phone | NEWTON O'CONNOR TURNER & KETCHUM, PC |
| 918-743-4001 Facsimile | 15 West Sixth Street, Suite 2700 |
| jbiby@mjjlawfirm.com | Tulsa, Oklahoma 74119 |
| | 918-587-0101 Phone |
| -AND- | 918-587-0102 Facsimile |

/s/ Trevor L. Hughes
Trevor L. Hughes, OBA No. 21229
JOHNSON & JONES, P.C.
2200 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma 74119-5416
918-584-6644 Phone
888-789-0940 Facsimile
thughes@johnson-jones.com

***ATTORNEYS FOR PLAINTIFF***

***ATTORNEYS FOR DEFENDANT***